# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| In re:  Case No. A04-00716-DMD<br><br>BEN A. THOMAS, INC.,<br><br>    Debtor. | Chapter 7 |
| WASSER & WINTERS COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>RITCHIE BROS. AUCTIONEERS (AMERICA), INC.,<br><br>    Defendant. | Adversary No. A04-90044-DMD<br><br>**Filed On<br>9/14/05** |

## ORDER REGARDING PROCEDURE FOR MOTION
## TO WITHDRAW THE REFERENCE

The court filed a motion to withdraw the reference under 28 U.S.C. § 157(d). The plaintiff has filed a non-opposition to that motion; the defendant has filed an objection to withdrawal of the reference or, alternatively, a request that this court enter a report and recommendation on its renewed motion for summary judgment. The motion to withdraw the reference is to be determined by the United States District Court for the District of Alaska pursuant to Fed R. Bankr. P. 5011(a), but local procedure provides for the Bankruptcy Court to make a report and recommendation. The Bankruptcy Court has made such a report dated

September 14, 2005, and a copy of said report and recommendation is being served on the parties concurrently with this order.  Therefore,

    **IT IS ORDERED:**

    1) The parties to this proceeding will have **ten (10) business days after entry of the report and recommendation to file an objection to the report or recommendation.**  The objection must be filed in the Bankruptcy Court, but will be considered by the District Court.

    2) After the passage of time to object to the Bankruptcy Court's report and recommendation, as described in ¶ 1, the Clerk of the Bankruptcy Court shall transmit to the United States District Court for the District of Alaska, for its consideration: (a) all pertinent pleadings; (b) the report and recommendation; and (c) any objections to the report and recommendation.

    3) Upon transmittal of the record described in ¶ 2, the United States District Court for the District of Alaska will determine if any additional briefing or argument is necessary, and will dispose of the motion.

    DATED:  September 14, 2005

              BY THE COURT

               /s/ Donald MacDonald IV
               DONALD MacDONALD IV
               United States Bankruptcy Judge

Serve:  P. Gilmore, Esq.
     M. Mills, Esq.
     P. Gingras, Adv. Case Mgr.
     C. Rapp, Appeals/Reference Tracking
     W. Wolfe, Clerk of Bankruptcy Court
        9/14/05